Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Ave., Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Reza Barani

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REZA BARANI, Individually and On Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>             Defendant. | **Case No: 3:12-CV-02999-GPC-KSC**<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>**DATE:**      **APRIL 11, 2014**<br>**TIME:**      **1:30 PM**<br>**CTRM:**    **2D**<br><br>**HON. GONZALO P. CURIEL** |

**HYDE & SWIGART**
San Diego, California

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff, Reza Barani, files this Notice and Motion for Preliminary Approval of Class Action Settlement.

Pursuant to Fed. R. Civ. P. 23, Plaintiff requests that the Court preliminarily approve the Class Action Settlement Agreement, attached hereto, and enter the Preliminary Approval Order, also attached hereto.

Plaintiff will move for Preliminary Approval on April 11, 2014, at 1:30 p.m. before the Hon. Gonzalo P. Curiel in Courtroom 2D of the United States District Court located at 221 West Broadway, San Diego, California.

Plaintiff's motion is based on the accompanying memorandum of points and authorities, declarations and exhibits, the pleadings and papers on file herein, and other such matter as may be presented to the Court at the time of the hearing.

Respectfully Submitted,

Dated: January 17, 2014          **HYDE & SWIGART**

                                 By:  /s/ Joshua B. Swigart
                                      Joshua B. Swigart
                                      Attorneys for Plaintiff

Dated: January 17, 2014          **KAZEROUNI LAW GROUP, APC**

                                 By:  /s/ Abbas Kazerounian
                                      Abbas Kazerounian
                                      Attorneys for Plaintiff

**HYDE & SWIGART**
San Diego, California