**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Reza Barani

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **REZA BARANI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**WELLS FARGO BANK, N.A.,**<br><br>Defendant. | **Case No.:** 12-CV-02999-GPC-KSC<br><br>**NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, AND INCENTIVE PAYMENT**<br><br>**DATE:** September 19, 2014<br>**TIME:** 1:30 p.m.<br>**COURTROOM:** 2D<br><br>**HON. GONZALO P. CURIEL** |

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on September 19, 2014, at 1:30 p.m., before the United States District Court, Southern District of California, Courtroom 2D, 221 West Broadway, San Diego, CA 92101, Reza Barani ("Plaintiff") will move this Court for an order granting Plaintiff's Motion For Award of Attorneys' Fees, Costs, And Incentive Payment.

Plaintiff will and hereby does move for an order awarding attorney fees, costs of litigation, and incentive payment in this matter. Plaintiff's motion is based on this Notice; the accompanying Memorandum of Points and Authorities and Declarations and Exhibits thereto, the pleadings and papers filed herein and upon such other matters as may be presented to the Court at the time of the hearing.

Dated: July 7, 2014                                   Respectfully Submitted,

**Kazerouni Law Group, APC**

By: /s/ Abbas Kazerounian
      Abbas Kazerounian
      *Attorneys for Plaintiff*

Dated: July 7, 2014                                   **Hyde & Swigart**

By: /s/ Joshua Swigart
      Joshua B. Swigart
      *Attorneys for Plaintiff*

Kazerouni Law Group, APC — Santa Ana, California

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE PAYMENTS
CASE NO.: 12-CV-02999-GPC-KSC                            1