**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Reza Barani

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REZA BARANI, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No.: 12-CV-02999-GPC-KSC<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION TO APPROVE ADDENDUM TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>**Date**: November 21, 2014<br>**Time**: 1:30 p.m.<br>**Courtroom**: 2D<br>**Judge**: Hon. Gonzalo P. Curiel |

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiff, Reza Barani, files this Notice and Unopposed Motion to Approve Addendum to Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class.

Pursuant to Fed. R. Civ. P. 23, Plaintiff requests that the Court approve the Amendment to the Settlement Agreement, attached hereto, and enter the Modified Preliminary Approval Order, also attached hereto.

Plaintiff will move for approval of the Amendment to the Settlement Agreement on November 21, 2014, at 1:30 p.m. before the Hon. Gonzalo P. Curiel in Courtroom 2D of the United States District Court located at 221 West Broadway, San Diego, California.

Plaintiff's motion is based on the accompanying memorandum of points and authorities, declarations and exhibits thereto, the pleadings and papers on file herein, and other such matter as may be presented to the Court at the time of the hearing.

Respectfully Submitted,

**Kazerouni Law Group, APC**

Date: September 18, 2014          By: /s/ Abbas Kazerounian
                                         Abbas Kazerounian
                                         *Attorneys for Plaintiff*

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022
*Attorneys For Plaintiff*