# PLAINTIFF'S EXHIBIT A

Amendment To Settlement Agreement

_____

*In The Case Of*

***Reza Barani, Individually and On Behalf of All Others Similarly Situated***
***v.***
***Wells Fargo Bank, N.A.***

***12-CV-02999-GPC-KSC***

**KAZEROUNI LAW GROUP, APC**
**245 FISCHER AVENUE, SUITE D1, COSTA MESA, CALIFORNIA 92626**
**(800) 400-6808**

# AMENDMENT TO SETTLEMENT AGREEMENT AND RELEASE

This Amendment to Settlement Agreement and Release (the "Amendment") is made by and among Plaintiff and Defendant,[1] effective as of August 27, 2013, and is entered into by Plaintiff Reza Barani ("Plaintiff"), individually and on behalf of the Settlement Class members, and by Wells Fargo Bank, N.A. ("Defendant"). Plaintiff and Defendant are referred to collectively in this Agreement as the "Parties."

## RECITALS

A. On January 17, 2014, Plaintiff filed his Motion for Preliminary Approval of Class Action Settlement in the Action, attaching as an exhibit, the Settlement Agreement. On April 9, 2014, the Court granted Preliminary Approval of the Class Action Settlement.

B. Following Preliminary Approval, notice was provided to approximately 76,189 Settlement Class Members.

C. On July 7, 2014, Plaintiff filed his Motion for Final Approval of Class Action Settlement. The Final Approval Hearing was set for September 5, 2014.

D. Prior to the hearing date on the Motion for Final Approval, Defendant identified data pertaining to a segment of the Settlement Class that had not previously been identified. As a result, the Parties agreed to continue the hearing on the Motion for Final Approval in order to allow Defendant to identify the entire population. Defendant has identified data regarding an additional 6,685 Settlement Class Members ("Newly-identified Settlement Class Members"), of which all are potentially entitled to make a claim.

---

[1] Terms are used herein as defined in the Settlement Agreement and Release ("Settlement Agreement").

E.    The Parties, through their respective counsel of record, further negotiated this Amendment to properly address inclusion of the Newly-identified Settlement Class Members. After negotiations, Defendant thoroughly reviewed its processes in an effort to ensure that it identified each Settlement Class member. This Amendment reflects the agreement reached after further negotiation concerning the Newly-identified Settlement Class Members.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby mutually acknowledged, the Parties agree to the following Amendment to the specified sections of the Settlement Agreement, subject to approval by the Court:

## SETTLEMENT CLASS BENEFITS

1.01. <u>Total Payment</u>. The Total Payment paid by Wells Fargo Bank, N.A. shall be increased $83,361.95 from $950,000 to $1,033,361.95.

1.02. <u>Amount Paid Per Claim</u>. The amount paid per Approved Claim shall still be divided among all the approved claimants on a pro rata basis from the amount remaining in the increased Settlement Fund, after deducting the Settlement costs from the $1,033,361.95 Maximum Payment.

1.03. <u>The Class Size and Data</u>. As before, the class consists of all persons that meet the definition set forth in the Settlement Agreement. Nothing in this agreement modifies the size of the class or the class definition. Nonetheless, Wells Fargo agrees to provide additional data to the Class Administrator for the purpose of providing mailed notice to the 6,685 Newly-identified Settlement Class Members. Defendant will produce the data of New Class Members to the Claims Administrator consisting of the cellular telephone numbers for the New Class Members that were sent text messages during the Class Period. The Claims Administrator will continue treat such information confidential.

1.04. <u>Notice</u>. The Parties acknowledge that all class members were

2

previously notified of the settlement via publication notice and that receipt of an administration postcard was not a necessary prerequisite to making a claim. Hence the Newly-identified Settlement Class members likely already received appropriate notice. Nonetheless, in an effort to assure actual notice is given to as many class members as possible, the Claims Administrator will implement a reverse address lookup procedure using New Class Members' cellular telephone umbers and to make a single mailing to the best address derived from that search.

ATTORNEYS' FEES, COSTS AND PAYMENT TO NAMED PLAINTIFF

2.01. Class Counsel shall move the Court for an award of attorneys' fees and costs to be paid from the Settlement Fund. Defendant will not object to a request by Class Counsel for attorneys' fees and costs associated with the Newly-identified Settlement Class Members totaling $20,840.

IN WITNESS WHEREOF, the Parties hereto have caused this Agreement to be executed as of August ___, 2014

**PLAINTIFF:**

_/s/ Reza Barani_
Reza Barani, Plaintiff and Class Representative

**DEFENDANT:**
Wells Fargo Bank, N.A.

By: _____

Its Authorized Representative

[Name] _____

3

previously notified of the settlement via publication notice and that receipt of an administration postcard was not a necessary prerequisite to making a claim. Hence the Newly-identified Settlement Class members likely already received appropriate notice. Nonetheless, in an effort to assure actual notice is given to as many class members as possible, the Claims Administrator will implement a reverse address lookup procedure using New Class Members' cellular telephone umbers and to make a single mailing to the best address derived from that search.

ATTORNEYS' FEES, COSTS AND PAYMENT TO NAMED PLAINTIFF

2.01. Class Counsel shall move the Court for an award of attorneys' fees and costs to be paid from the Settlement Fund. Defendant will not object to a request by Class Counsel for attorneys' fees and costs associated with the Newly-identified Settlement Class Members totaling $20,840.

IN WITNESS WHEREOF, the Parties hereto have caused this Agreement to be executed as of August ___, 2014

**PLAINTIFF:**

_____
Reza Barani, Plaintiff and Class Representative

**DEFENDANT:**
Wells Fargo Bank, N.A.

By: _Michael Selle - Senior Counsel_

Its Authorized Representative

[Name] _____

**APPROVED AS TO FORM:**


_____
Joshua B. Swigart, Esq.
Hyde & Swigart
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770


_____
Abbas Kazerounian, Esq.
The Kazerouni Law Group, APC
2700 North Main Street, Ste. 1050
Santa Ana, CA 92866
Telephone: (800) 400-6808

Class Counsel

_____
Eric J. Troutman
Severson & Werson
One Embarcadero Center
Suite 2600
San Francisco, CA 9411

For Wells Fargo Bank, N.A.

4

**APPROVED AS TO FORM:**

Joshua B. Swigart, Esq.
Hyde & Swigart
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770


Abbas Kazerounian, Esq.
The Kazerouni Law Group, APC
2700 North Main Street, Ste. 1050
Santa Ana, CA 92866
Telephone: (800) 400-6808

Class Counsel


Eric J. Troutman
Severson & Werson
One Embarcadero Center
Suite 2600
San Francisco, CA 9411

For Wells Fargo Bank, N.A.

**APPROVED AS TO FORM:**

_____
Joshua B. Swigart, Esq.
Hyde & Swigart
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770

_____
Abbas Kazerounian, Esq.
The Kazerouni Law Group, APC
2700 North Main Street, Ste. 1050
Santa Ana, CA 92866
Telephone: (800) 400-6808

Class Counsel

_____
Eric J. Troutman
Severson & Werson
One Embarcadero Center
Suite 2600
San Francisco, CA 9411

For Wells Fargo Bank, N.A.

4