**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Reza Barani

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**REZA BARANI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**

Plaintiff,

v.

**WELLS FARGO BANK, N.A.,**

Defendant.

**Case No.:** 12-CV-02999-GPC-KSC

**NOTICE OF MOTION AND MOTION FOR A SECOND DISTRIBUTION OR, ALTERNATIVELY, CY PRES DISTRIBUTION FROM THE RESIDUAL SETTLEMENT FUND**

**DATE:** January 20, 2017
**TIME:** 1:30 p.m.
**COURTROOM:** 2D

**HON. GONZALO P. CURIEL**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 20, 2017, at 1:30 p.m., before the United States District Court, Southern District of California, Courtroom 2D, 221 West Broadway, San Diego, CA 92101, Reza Barani ("Plaintiff") will move this Court for an order granting Plaintiff's Motion For A Second Distribution Or, Alternatively, Cy Pres Distribution From The Residual Settlement Fund.

Plaintiff will and hereby does move for such order. Plaintiff's motion is based on this Notice; the accompanying Memorandum of Points and Authorities and supporting Declarations, the pleadings and papers filed herein and upon such other matters as may be presented to the Court at the time of the hearing.

Dated: November 4, 2016

Respectfully Submitted,

**Kazerouni Law Group, APC**

By: /s/ Abbas Kazerounian
Abbas Kazerounian
*Attorneys for Plaintiff*