**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Jason A. Ibey, Esq. (285607)
jason@kazlg.com
245 Fischer Ave., Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*
Reza Barani

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**REZA BARANI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**

Plaintiff,

v.

**WELLS FARGO BANK, N.A.,**

Defendant.

**Case No.:** 3:12-CV-02999-GPC-KSC

**DECLARATION OF LISA MULLINS IN SUPPORT OF PLAINTIFF'S MOTION FOR A SECOND DISTRIBUTION OR, ALTERNATIVELY, CY PRES DISTRIBUTION FROM THE SETTLEMENT FUND**

**HON. GONZALO P. CURIEL**

# DECLARATION OF LISA MULLINS

I, LISA MULLINS, declare as follows:

1. I am the President of ILYM Group, Inc. ("ILYM"). The following statements are based on my personal knowledge and information provided by other ILYM employees working under my supervision, and if called on to do so, I could and would testify competently about these issues.

2. ILYM was appointed as Claims Administrator pursuant to the Settlement Agreement and Release dated August 27, 2013 ("Settlement Agreement"), and in accordance with the Final Order Approving Class Action Settlement, dated March 6, 2015.

3. Pursuant to Section 10.01 of the Settlement Agreement, Settlement Class Members were required to submit their Claims by January 23, 2015. Consequently, a total of 973 unique claims were filed. Therefore, ILYM sent distribution checks in the amount of $646.17 to each of the 973 Class Members who timely filed a claim.

4. Of the 973 checks distributed to Class Members, 882 were cashed and 91 remain uncashed.

5. The 91 checks which remain uncashed represent $58,801.47, the current amount in the Settlement Fund.

6. ILYM estimates it will cost approximately $7,500 to complete a second distribution of the Settlement Fund. Therefore, the amount remaining in the Settlement Fund for a second distribution after administration costs is $51,301.47.

///

///

///

///

///

7. If each of the 882 Class members who did not cash their first distribution checks were to receive a pro rata share of the $51,301.47 remaining in the Settlement Fund through a second distribution, each claimant would be sent a check for $58.16.

I declare under penalty of perjury of the laws of California and the United States that the foregoing is true and correct, and that this declaration was executed on Oct 19, 2016

By: ______________________

LISA MULLINS